IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAWN M. TIMOTHEE,

      Appellant,

v.

      Case No.  5D21-2488
      LT Case No. 2013-CF-008176-C-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Orange County,
Bob LeBlanc, Judge.

Shawn M. Timothee, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


COHEN, EDWARDS and EISNAUGLE, JJ., concur.